ROBERT E. DUNNE, ESQ. (#108946)
LAW OFFICES OF ROBERT E. DUNNE
P.O. Box 211
Los Gatos, CA 95031-0211
Phone: 408-395-1033
Fax: 408-395-1044

Attorneys for Robert McCausland
and Ned Menninger

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO

| | |
|---|---|
| ROBERT PACK, <br><br>          Plaintiff, <br><br>     v. <br><br> ROBERT McCAUSLAND, NED MENNINGER, MARK A. STEVENS, and DOES 1-30, INCLUSIVE, <br><br>          Defendants | Case No. C-01-2685 (VRW) <br><br> **STIPULATION FOR DISMISSAL [FRCP] 41 (a) (1) (ii)** |

*IT IS SO ORDERED*
Judge Vaughn R Walker
**Dated: Feb 15, 2006**

A settlement having been reached between Plaintiff Robert Pack and Defendants Robert McCausland and Ned Menninger, the parties hereby stipulate through their counsel of record to a dismissal of this action as against Defendants Robert McCausland and Ned Menninger, with prejudice, with the Court to retain jurisdiction to enforce the settlement agreement between the parties.

**IT IS SO STIPULATED**

Dated: February 13, 2006                                       /S/
                                                                           Paul Breen
                                                                           Attorney for Robert Pack


Dated: February 13, 2006                                       /S/
                                                                           Robert E. Dunne, Esq.
                                                                           Attorney for Robert McCausland and
                                                                           Ned Menninger