NINA F. LOCKER, State Bar No. 123838
RODNEY G. STRICKLAND, JR., State Bar No. 161934
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant
Mark A. Stevens

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PACK, | CASE NO.: C-01-2685 VRW |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULE PURSUANT TO L.R. 6-1(b)** |
| ROBERT McCAUSLAND, NED MENNINGER, MARK A. STEVENS, and DOES 1-30, INCLUSIVE, | |
| Defendants. | |

Pursuant to Civil L.R. 6-1, plaintiff Robert Pack and defendant Mark Stevens hereby stipulate and agree as follows:

WHEREAS, the Ninth Circuit Court of Appeals issued its mandate and order on December 29, 2008, remanding the case to this Court for further proceedings;

WHEREAS, the Clerk of this Court issued a notice on January 28, 2009, scheduling a Case Management Conference for February 19, 2009;

WHEREAS, the Clerk's Notice for the Case Management Conference indicated that parties requesting a continuance shall submit a stipulation and proposed order;

NOW THEREFORE, pursuant to Local Rule 6-1(b) of the Local Rules of the United States District Court for the Northern District of California, the parties, by and through their undersigned counsel, stipulate, and respectfully submit for the Court's approval, as follows:

1. The Case Management Conference currently scheduled for February 19, 2009 is vacated and rescheduled for February 12, 2009, at 3:30 p.m.

2. The Joint Case Management Conference Statement currently due February 12, 2009, shall be submitted by February 9, 2009.

Dated: February 4, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

By: /s/ Rodney G. Strickland, Jr.
Rodney G. Strickland, Jr.

Attorneys for Defendant Mark Stevens

Dated: February 4, 2009

SAMUEL E GOLDSTEIN & ASSOCIATES
1777 Botelho Drive, Suite 345
Walnut Creek, CA 94596
Telephone: (925) 906-4700
Facsimile: (925) 906-4703

By: /s/
Samuel E. Goldstein

Digitally signed by Samuel E. Goldstein
DN: cn=Samuel E. Goldstein, c=US, email=sgoldstein@segoldlaw.com
Reason: I am approving this document
Location: Walnut Creek, California
Date: 2009.02.05 20:08:23 -08'00'

Attorneys for Plaintiff Robert Pack

**O R D E R**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

1. The Case Management Conference currently scheduled for February 19, 2009 is vacated and rescheduled for February 12, 2009, at 3:30 p.m.

2. The Joint Case Management Conference Statement currently due February 12, 2009, shall be submitted by February 9, 2009.

Dated: 2/9/2009

_____
Honorable Vaughn R Walker

GRANTED
Judge Vaughn R Walker