SAMUEL E GOLDSTEIN, State Bar No. 076559
SAMUEL E GOLDSTEIN & ASSOCIATES
1777 Botelho Drive, Suite 345
Walnut Creek, CA 94596
Telephone: (925) 906-4700
Facsimile: (925) 906-4703

Attorneys for Plaintiff
Robert Pack

NINA F. LOCKER, State Bar No. 123838
RODNEY G. STRICKLAND, JR., State Bar No. 161934
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant
Mark A. Stevens

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PACK,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT McCAUSLAND, NED MENNINGER, MARK A. STEVENS, and DOES 1-30, INCLUSIVE,<br><br>    Defendants. | CASE NO.: C-01-2685 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND MOTION TO DISMISS SCHEDULE PURSUANT TO L.R. 6-1(b)**<br><br>**Current hearing date: June 4, 2009**<br><br>~~Requested new hearing date: June 18, 2009~~ |

Pursuant to Civil L.R. 6-1, plaintiff Robert Pack and defendant Mark Stevens, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, defendant's Motion to Dismiss (Doc # 164) ("Defendant's Motion") is scheduled to be heard by this Court on June 4, 2009;

STIPULATION AND [PROPOSED] ORDER TO AMEND
SCHEDULE  C 01-2685 VRW

WHEREAS, on May 14, 2009, plaintiff's counsel received notice from the Contra Costa County Superior Court that another matter for which plaintiff's counsel is counsel of record has been scheduled for trial in Contra Costa County beginning on June 1, 2009; and

WHEREAS, plaintiff's counsel believes the trial of the Contra Costa Superior Court action will conflict with the scheduled hearing on Defendant's Motion;

THE PARTIES HEREBY STIPULATE, pursuant to Local Rule 6-1(b) of the Local Rules of the United States District Court for the Northern District of California, and respectfully submit for the Court's approval, as follows:

1. The hearing on defendant's motion to dismiss scheduled for June 4, 2009, shall be continued by two weeks, to June 18, 2009, at 2:30 p.m. or at another date and time convenient for the Court; and

2. Defendant's reply memorandum in support of Defendant's Motion shall be submitted on or before May 28, 2009.

Dated: May 18, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100


By: /s/ Rodney G. Strickland, Jr.
Rodney G. Strickland, Jr.

Attorneys for Defendant Mark Stevens

Dated: May 18, 2009

SAMUEL E GOLDSTEIN & ASSOCIATES
1777 Botelho Drive, Suite 345
Walnut Creek, CA 94596
Telephone: (925) 906-4700
Facsimile: (925) 906-4703


By: /s/ Samuel E. Goldstein
Samuel E. Goldstein

Attorneys for Plaintiff Robert Pack

# O R D E R

PURSUANT TO THE PARTIES' STIPULATION:

1. The hearing on defendant's motion to dismiss scheduled for June 4, 2009, shall be continued ~~by two weeks~~, to ~~June 18, 2009~~ August 20, 2009, at 2:30 p.m. or at another date and time convenient for the Court; and

2. Defendant's reply memorandum in support of Defendant's Motion shall be submitted on or before ~~May 28, 2009~~ August 6, 2009.

IT IS SO ORDERED

Dated: ~~May 18, 2009~~
5/19/2009

_____
Honorable Vaughn R Walker
United States District Court



IT IS SO ORDERED AS MODIFIED
Judge Vaughn R Walker

I, Rodney G. Strickland, Jr., am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45.X.B, I hereby attest that Samuel E. Goldstein has concurred in this filing.

Dated: May 18, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Rodney G. Strickland, Jr.
Rodney G. Strickland, Jr.