United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT PACK,                                  No C 01-2685 VRW

    Plaintiff,                            ORDER

    v

ROBERT MCCAUSLAND et al,

    Defendants.

_____/

    On February 26, 2010, the parties notified the court that they had reached a settlement resolving all outstanding claims in the case. Doc #191. Pursuant to the terms of the settlement, the court WITHDRAWS the order awarding defendant Stevens reasonable attorney fees and costs and DISCHARGES the order to show cause why Pack should not face sanctions. Doc #171.

\\

The clerk is DIRECTED to terminate all motions and to close the file.

IT IS SO ORDERED.

```
                                  VAUGHN R WALKER
                                  United States District Chief Judge
```